No. 9289. In the Matter of the Estate of SIDNEY S. EDWARDS, Deceased. STATE OF MONTANA, APPELLANT, *v.* Heirs of SIDNEY S. EDWARDS, Deceased, RESPONDENTS.

260 Pac. (2d) 782.

Decided September 3, 1953.

*Mr. Arnold H. Olsen,* Atty. Gen., *Mr. J. J. McCaffery, Jr.,* Spec. Asst. Atty. Gen., for Appellant.

*Messrs. O'Hara, Macdonald* and *Johnson,* Hamilton, for Respondent.

MR. JUSTICE BOTTOMLY, (Acting Chief Justice) :

The Attorney General, Arnold H. Olsen, and Special Assistant, J. J. McCaffery, Jr., having filed with the Clerk of this court a written praecipe to dismiss the above appeal; it is ordered that said appeal be and it is dismissed with prejudice.